CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED

APR 1 9 2012

JULIA C. DUDLEY, CLERK
BY:
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| WARREN SCOTT TAYLOR, | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 5:12cv00010 |
| v. | ) |
| GREG HENNIG, | ) By: Michael F. Urbanski |
| Extradition and Clemency Director, | ) United States District Judge |
| Office of the Secretary of the Commonwealth, | ) |
| Defendant. | ) |

### ORDER

In accordance with the Memorandum Opinion entered this date, it is hereby **ORDERED** as follows:

1. The February 16, 2012 Report and Recommendation is **ADOPTED** in its entirety;

2. Plaintiff's objection to the Report and Recommendation is **OVERRULED**;

3. Plaintiff's complaint is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii); and

4. This matter is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a certified copy of this Order and the accompanying Memorandum Opinion to the plaintiff.

Entered: April 19, 2012

/s/ Michael F. Urbanski

Michael F. Urbanski
United States District Judge